Joel Campbell-Blair, SBN 297387
Deputy County Counsel
Destinee Valeska, SBN 326685
Deputy County Counsel
825 Fifth Street
Eureka, CA 95501
Telephone: (707) 445-7236
Email: jcampbell-blair@co.humboldt.ca.us

*Attorneys for Defendant*
*County of Humboldt*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RAYMOND FRANK CHRISTIE

*Plaintiff,*

v.

COUNTY OF HUMBOLDT, a local public entity; TRAVIS MENDES, in his individual and official capacity; ADRIAN CHARLES KAMADA, in his individual and official capacity; WILLIAM HONSAL, in his individual and official capacity; and DOES 1-10, in his individual and official capacities;

*Defendants.*

Case No. 5:25-cv-10328-NW

[PROPOSED] ORDER RE HUMBOLDT DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE

Judicial Officer: Hon. Noël Wise

**Proposed Order**

Defendant Humboldt County, and Humboldt Sheriff Honsal, Adrian Kamada and Travis Mendes' Motion to Dismiss Plaintiff's Complaint came on regularly for hearing on February 10, 2027, at 9:00 a.m., in the above-entitled Court, the Honorable Noel Wise, presiding.

Having considered the motion to dismiss, the memoranda and papers submitted in support of and in opposition to the motion, the arguments of counsel, the pleadings and records on file in this action, and good cause appearing therefore, the Court hereby ORDERS as follows:

1. Defendants' Request for Judicial Notice is GRANTED.
2. Defendants' Motion to Dismiss the Second Amended Complaint is GRANTED. Because Plaintiff was previously granted an opportunity to remedy the flaws identified but failed to do so, Plaintiff's claims are now dismissed without leave to amend. *Benavidez v. Cnty. of San Diego*, 993 F.3d 1134, 1155 (9th Cir. 2021).
3. The Clerk of Court is directed to enter judgment and close the case.

**IT IS SO ORDERED**

Dated: _____________, 2027

______________________________

Hon. Noel Wise
United States District Court Judge